**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES V. WALLACE,<br><br>                Petitioner,<br><br>     v.<br><br>JACK FOX, Warden,<br><br>                Respondent. | Case No. CV 14-5010-PSG (SP)<br><br>**JUDGMENT** |

    Pursuant to the Memorandum and Order Summarily Dismissing Petition,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 9, 2014

                                                    _____

                                                    HONORABLE PHILIP S. GUTIERREZ<br>                                                    UNITED STATES DISTRICT JUDGE